

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00071-CV

JAMES MEDINA AND ERICA MEDINA, APPELLANTS

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Court at Law  No. 1
Randall County, Texas
Trial Court No. 9955-L-1, Honorable James W. Anderson, Presiding

April 29, 2013

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellants, James and Erica Medina, filed a notice of appeal of the trial court's January 9, 2013 Order Denying Motion for Return of Property.  By letter dated March 11, 2013, the Medinas were notified that a filing fee of $175 had not been paid, and failure to do so within ten days could result in dismissal pursuant to Texas Rule of Appellate Procedure 42.3(c).  No fee having been received within the deadline, by letter dated March 28, the Medinas were again advised of the outstanding filing fee and the consequences of failing to pay.  This notice gave the Medinas until April 15 to pay the

filing fee.  Despite two notices and a reasonable time in which to comply with this Court's request, the Medinas have failed to pay the filing fee.  Consequently, this Court is authorized to dismiss this appeal.  <u>See</u> TEX. R. APP. P. 44.3.

Accordingly, this appeal is dismissed.

Mackey K. Hancock
Justice